IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02734-ZLW

LEON BATES,

    Applicant,

v.

MIKE ARRELANO, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 0 6 2009

GREGORY C. LANGHAM
                CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This matter is before the Court on the pleading titled "Motion to Recuse and/or Disqualify" that Applicant filed with the Court on March 5, 2009. This Court no longer has jurisdiction over the action as the action is on appeal. The Motion to Recuse, therefore, is DENIED as moot.

Dated: March 6, 2009

Copies of this Minute Order mailed on March 6, 2009, to the following:

Leon Bates
Prisoner No. 106343
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

Elizabeth F. Rohrbough
Senior Assistant Attorney General
**DELIVERED ELECTRONICALLY**

                        Secretary/Deputy Clerk